IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 08-31630 |
| | § | |
| POSITIVE HEALTH MANAGEMENT, INC., | § § § | Chapter 7 |
| | § | |
| Debtor. | § | |

**APPLICATION OF CHAPTER 7 TRUSTEE PURSUANT TO 11 U.S.C. § 327(e)
FOR ORDER AUTHORIZING RETENTION OF
<u>KIRK A. KENNEDY AS SPECIAL COUNSEL</u>**

**THIS APPLICATION SEEKS AN ORDER THAT MAY ADVERSLY AFFECT YOU. IF YOU OPPOSE THE APPLICATION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 20 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE APPLICATION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE APPLICATION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE APPLICATION AT THE HEARING.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Randy W. Williams, the Chapter 7 Trustee of Positive Health Management, Inc. (the "Trustee"), files this Application Pursuant to 11 U.S.C. § 327(e) for Order Authorizing Retention of Kirk A. Kennedy as Special Counsel to the Trustee (the "Application"), and in support thereof, respectfully submits as follows:

## I.
## JURISDICTION

1.     This Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of this Application is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The relief requested may be granted in accordance with the provisions of 11 U.S.C. §§ 327(a), 328(a) and 1107(a) and (b).

## II.
## BACKGROUND

2.     On March 11, 2008 (the "Petition Date"), Positive Health Management, Inc. (the "Debtor") filed a voluntary petition for relief under chapter 11, title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Court").

3.     Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor operated its business and managing its property as a debtor-in-possession until October 15, when the Court appointed a chapter 11 trustee.

4.     On March 13, 2009 the Court converted the chapter 11 case to a case under chapter 7 of the Bankruptcy Code. Randy Williams was appointed as the Chapter 7 Trustee.

5.     Before ceasing operations, the Debtor was formerly in the business of providing healthcare rehabilitation and physical therapy services. At one time the Debtor owned and operated multiple facilities in Houston, San Antonio and El Paso, Texas. As of the Petition Date, the Debtor's sole facility in operation was in Houston, Texas.

6.     Since the Petition Date the assets of the Debtor including equipment and accounts receivables have not been accounted for. In September 2008, the operations of the Debtor were apparently transferred to a company called Priority Healthcare, which is owned by Kimberly

Ziegler, the daughter of the Debtor's former President Ron Ziegler. A preliminary review of the Debtor's records and bank information conducted by the Trustee and/or his professionals suggests that there were significant pre-petition and post-petition transfers of property that need to be examined.

### III.

### RETENTION OF KIRK A. KENNEDY

7. Pursuant to Section 327(e) of the Bankruptcy Code, the Trustee requests that the Court approve retention of The Kennedy Law Firm (the "Kennedy Firm" or "Mr. Kennedy") as special counsel. Mr. Kennedy has experience in healthcare related litigation in bankruptcy cases.

8. Mr. Kennedy will act as special counsel for the purpose of representing the Trustee in connection with the following matters: (i) examining the Debtor's transfers of property to Priority Healthcare and if necessary pursuing legal action against Priority Healthcare; (ii) recovery of the Debtor's assets including but not limited to accounts receivables, equipment and books and records; (iii) prosecution of Chapter 5 causes of action; (iv) review of any post-petition transfers including payments to professionals; and (v) any legal tasks assigned by the Trustee incident or related to the forgoing.

9. Mr. Kennedy will not represent the Trustee with respect to the following matters: (i) reviewing, examining, or litigation regarding the claim of Bankruptcy Trading & Investments; (ii) prosecution of any claims the estate has against the Debtor's former President Ron Ziegler; and (iii) matters involving case administration.

10. As disclosed in his Affidavit filed herewith, Mr. Kennedy is managing director for Bankruptcy Trading & Investments LLC ("BTI"). BTI is a creditor in this bankruptcy case by

502306 000009 HOUSTON 642074.1

assignment from Texas Capital Bank. In addition to having a claim against the estate, BTI has a judgment against the Debtor's former President Ron Ziegler in the approximate amount of $2,430,835.80. Because the scope of this engagement as special counsel does not permit or require Mr. Kennedy to represent the estate on matters involving BTI's claim, the Trustee contends that such retention as special counsel satisfies the requirements of 11 U.S.C. § 327(e).

11. The Trustee has selected the Kennedy Firm for its special expertise in handling bankruptcy litigation matters and because Mr. Kennedy is already familiar with the Debtor and its operations. Furthermore, Mr. Kennedy has agreed to a contingency fee structure with respect to certain aspects of this representation.

12. Subject to this Court's approval, the Kennedy Firm will charge the estate for legal services based on the following fee structure:

> Priority Healthcare matters. Payment on an hourly basis up to $35,000 and then, a thirty percent (30%) contingency fee on any recovery after deducting payment of the $35,000. The current hourly rate for Mr. Kennedy is $350.00. The estate will pay expenses for the Priority Healthcare litigation to the extent of available funds excluding the retention of experts.
>
> Chapter 5 Causes of Action. Payment of forty percent (40%) contingency fee from any recoveries. The estate will pay all filing fees.
>
> Recovery of Assets (accounts receivables, equipment and books and records etc.). Hourly fee of $275.00 per hour for Mr. Kennedy and $175.00 per hour for associate Andrew Haut.

13. The rate of each professional working on this aspect of the bankruptcy case will be clearly reflected in the invoices submitted by the Kennedy Firm to the Trustee. Additionally, the Kennedy Firm will maintain records of costs and expenses incurred in connection with its services.

14. With respect to prosecution of Chapter 5 Causes of Action only, the Kennedy Firm will not be required to record and maintain time on an hourly basis due to the contingent nature of the engagement.

15. Furthermore, while all fees are subject to Court approval after filing of the appropriate final fee application, during the representation the Trustee is authorized to make interim payments to the Kennedy Firm of eighty percent (80%) of any fees earned in accordance with the terms of the Trustee's engagement with the Kennedy Firm as special counsel.

16. Mr. Kennedy has not received a retainer from the Trustee.

17. Mr. Kennedy has stated his desire and willingness to act in this case and render the necessary professional services as special counsel to the Trustee. Mr. Kennedy is well qualified to perform the services described above, and the Trustee knows of no reason why the Kennedy Firm should not be retained. The Kennedy Firm's services will not be duplicative of any other outside professional services.

18. To the best of the Trustee's knowledge, Mr. Kennedy and the Kennedy Firm do not have any connection to the Debtor, its creditors, or any other party in interest or their respective attorneys and accountants except as set forth in this Application and the Affidavit of Kirk A. Kennedy (the "Kennedy Affidavit").

19. The Kennedy Firm intends to apply to the Court for allowance of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy

Code, the Bankruptcy Rules, and the Local Bankruptcy Rules, and any applicable orders entered by this Court with respect to the management of fees and expenses in this case.

20. Because of the limited funds in this estate, employment of the Kennedy Firm on the terms and conditions set forth in this Application is necessary, essential, and in the best interests of the bankruptcy estate and its creditors, and therefore should be approved.

21. Based on the Kennedy Affidavit and Trustee's knowledge of the Debtor's business, litigation and relations with creditors and other parties-in-interest, the Kennedy Firm does not represent or hold any interest adverse to the Debtor, its estate, creditors, equity security holders, or affiliates in the matter on which the Kennedy Firm is to be engaged

IV.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, the Trustee requests this Court enter an order approving the retention of The Kennedy Law Firm as special counsel for the Trustee in this proceeding and granting such other and further relief as the Court may deem just and proper.

Dated: April 24, 2009.

Respectfully submitted,

By: /s/ *Randy W. Williams*
Randy W. Williams, Chapter 7 Trustee
Thompson & Knight, L.L.P.
333 Clay Street, Suite 3300
Houston, TX 77002
Tel: (713) 654.8111
Fax: (713) 654.1871

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was delivered by first class mail, postage prepaid to the U.S. Trustee, the debtor, the debtor's attorney, and creditors identified on the attached on this the <u>24nd</u> day of April, 2009 unless served by ECF at the time of electronic filing.

                                          /s/ Randy W. Williams
                                          Randy W. Williams

Southwestern Bell Yellow Pages Inc.
c/o Dillard McElvaney & Kovach LLP
550 Wescott Ste. 200
Houston TX 77007

Southwestern Bell Yellow Pages Inc.
c/o Dillard McElvaney & Kovach LLP
Attention: James F. Kovach
550 Wescott Ste. 200
Houston TX 77007

Tex Prop & Casualy Ins. Guaranty Assoc.
9120 Burnet Road
Austin TX 78758

Texas Capital Bank
Attention: Ken Goedeke Sr. VP
One Riverway Ste. 2450
Houston TX 77056

Texas Capital Bank N.A.
c/o Jackson Walker LLP
Attn: Bruce J. Ruzinsky
1401 McKinney Suite 1900
Houston Texas 77010

Texas Health & Human Services Commission
Office of the Ombudsman MC H-700
POB 85200
Austin TX 78708-5200

Texas Medical Board
333 Guadalupe
Tower 3 Ste. 610
Austin TX 78701

Texas Workforce Commission
Bankruptcy & Collections Division
Attention: Jay Hurst
POB 12548
Austin TX 78711-2548

Texas Workforce Commission
Regulatory Integrity Division - SAU
101 E 15th Street Rm 556
Austin TX 78778-0001

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston TX 77002

WJ Mallerich DC
10536 Montwood A
El Paso TX 79935

Ziegler Enterprises V

G Michael Sharp
Attorney at Law
1100 S Friendswood Dr
Ste B
Friendswood TX 77546

James A Longaker
2002 Woodland Valley Drive
Kingwood TX 77339-3365

Ron Ziegler
c/o Michael Sharp Attorney
1100B South Friendswood Drive
Friendswood TX 77546

Bankruptcy Trading & Investments LLC
P.O. Box 75281
Houston

Dallas County
Linebarger Goggan Blair & Sampson LLP
c/o Elizabeth Weller
2323 Bryan Street
Suite 1600
Dallas TX 75201-2644

Dallas County
Linebarger Goggan Blair & SampsonLLP
2323 Bryan Street Suite 1600
Dallas TX 75201

GMAC

Harris County et al
Attn: John P. Dillman
P.O. Box 3064
Houston TX 77253-3064

Internal Reveneue Service

Positive Health Management
14637 Pebble Bend Drive
Houston TX 77068

Recovery Management Systems Corporation

Texas Capital Bank N.A.
c/o Jackson Walker LLP
Attn: Bruce Ruzinsky
1401 McKinney Suite 1900
Houston TX 77010

Texas Department of State Health Services
c/o Office of the Attorney General
Bankruptcy & Collections Division
P. O. Box 12548 MC-008
Austin TX 78711-2548

Texas Health and Human Services Commission
c/o the Texas Attorney General's Office
Bankruptcy & Collections Division
P. O. Box 12548 MC-008
Austin TX 78711-2548

Texas Workforce Commission
P O Box 12548
Austin TX 78711-2548

4
United States Bankruptcy Court
PO Box 61010
Houston TX 77208

ADT Security Systems Inc
14200 East Exposition Avenue
Aurora CO 80012

American Express
c/o Swicker & Associates
80 Minuteman Road
Andover Massachusetts 01810-1031

Bank of America
PO Box 2759
Jacksonville FL 32203-2759

Gloria Longoria
884 Hempstead Dr.
El Paso TX 79912

Michael Sharp Attorney at Law
1100B South Friendswood
Friendswood Texas 77546

Bankruptcy Trading & Investments
ATTN: Kirk A. Kennedy
P.O. Box 75281
Houston Texas 77234

Internal Revenue Service
POB 21126
Philadelphia PA 19114-0326

Numina Transcription Services
582 Market Street Suite 807
San Franscisco CA 94104

CIT Technology Financing
Weltman Weinberg & Reis Co.
175 S. Third St. Ste. 900
Columbus OH 43215

JC & GD Investments
320 Texas
El Paso TX 79902

Pat Ellison
15491 Felix Rd
El Paso Tx 79938

Dallas County
c/o Elizabeth Weller
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street Suite 1600
Dallas TX 75201

JP Morgan Chase
POB 78430
Phoenix AZ 85062-8420

Recovery Management Systems Corporation
25 S.E. 2nd Avenue Suite 1120
Miami FL 33131-1605

Dallas County
c/o Laurie A. Spindler
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street Suite 1600
Dallas Tx 75201

Jackson Walker LLP
Bruce J. Ruzinsky
1401 McKinney Ste. 1900
Houston TX 77010

Recovery Management Systems Corporation
For GE Money Bank
dba SAM'S CLUB BRC
25 SE 2nd Ave Ste 1120
Miami FL 33131

El Paso Orthopedic Surgery Group
1755 Curie
El Paso TX 79902

Jennifer Floren
5931 Desco Drive
Dallas TX 75225

Sams Club
POB 105980 Dept. 77
Atlanta GA 30353-5980

First Equity Card
POB 84075
Columbus GA 31901-4075

Jessica York-Franco
6053 Lourdes Rd
Santa Teresa N.M 88008

Shell Fleet
Processing Center
POB 689010
Des Moines Iowa 50368-9010

First National Bank
POB 810
100 W. Cano
Edinburg TX 78549-0810

Kenneth Hendren
12086 Van Gogh
El Paso TX 79936

GMAC
PO Box 130424
Roseville MN 55113

Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street Ste. 1600
Dallas TX 75201

GR3EFG Ltd.
1409 Lost Padre Mine Drive
El Paso TX 79902

Michael F. Hicks
25551 Brushy Creek
Hockley TX 77447