B6B (Official Form 6B) (12/07) -- Cont.

In re **Positive Health Management, Inc.**  Case No. **08-31630-H4-11**
(if known)

*AMENDED 4/07/08*
## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | X | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Treadmills, recumbent bicycles, weight stands, office furnishings, computers | $9,000.00 |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | |

_____3_____ continuation sheets attached    Total >    $2,851,657.60
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

EXHIBIT A